## Jackson, *ex dem.* Lawe, *against* Virgil.

In order to bring a party into contempt, for the non-payment of costs, the person serving the taxed bill, &c. must show to the party, his authority to receive the costs.

GOLD, for the defendant, moved for an attachment against the lessor of the plaintiff, for the non-payment of the costs on a judgment, as in case of nonsuit. He read the affidavit of A. B. that he served on the lessor of the plaintiff, a copy of the rule for judgment, and of the consent rule, together with the taxed bill of costs ; and that he, at the same time showed the *ca. sa.* against the plain

tiff, and *being thereto lawfully authorised*, did demand of the lessor of the plaintiff, the costs according to the taxed bill, but which he had not paid.

*Per Curiam.* The affidavit of service is not sufficient. It ought to appear, that the person who demanded the costs of the lessor of the plaintiff, showed his authority, to receive them, or how he was authorised by the defendant. Greater strictness is required to bring a party into contempt, than in ordinary cases.

Rule refused.